AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

SOUTHERN _____ DISTRICT OF _____ CALIFORNIA

FILED
JAN 2 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.
JOSE NAVIDAD-SOLANO

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR0230-JM

I, __JOSE NAVIDAD-SOLANO__, the above named defendant, who is accused of

8 U.S.C. §1326(a) and (b)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/29/08__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer