MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __Jose Natividad-Solano__   No. __08CR0230-JM__

The Court finds excludable delay, under the section indicated by check (✓),
commenced on __4-3-08__ and ended on __7-11-08__ ; (XI, XT1)
_____ and ended on _____ . ( )

3161(h)

___ (1)(A)   Exam or hrg for **mental or physical incapacity**                                A
___ (1)(B)   **NARA exam**ination (28:2902)                                                   B
___ (1)(D)   State or Federal trials or **other charges pending**                             C
___ (1)(E)   **Interlocutory appeals**                                                        D
___ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)                     E
___ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                        F
___ (1)(J)   **Proceedings under advisement** not to exceed thirty days                       G
___          Misc proc: Parole or prob rev, deportation, **extradition**                      H
___ (1)(H)   **Transportation** from another district or to/from examination                  6
             or hospitalization in ten days or less
_X_ (1)(I)   Consideration by Court of **proposed plea agreement**                           (7)
___ (2)      **Prosecution deferred** by mutual agreement                                     I
___ (3)(A)(B) **Unavailability of defendant** or **essential witness**                        M
___ (4)      Period of **mental or physical incompetence** of defendant to                    N
             stand trial
___ (5)      Period of **NARA commitment or treatment**                                       O
___ (6)      **Superseding indictment and/or new charges**                                    P
___ (7)      **Defendant awaiting trial of co-defendant** when no severance                   R
             has been granted
___ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than                  T
             one of the reasons below are given in support of continuance
___ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding                       (T1)
               would result in a **miscarriage of justice** and
               the ends of justice outweigh the best interest
               of the public and the defendant in a speedy trial.
               (Continuance - miscarriage of justice)
_X_            2) Failure to grant a **continuance** of the trial would result in
               a miscarriage of justice as the defendant has tendered a
               guilty plea to a magistrate judge and is awaiting a
               determination as to whether the plea will be accepted.
               (Continuance - tendered a guilty plea)
___ (8)(B)(ii)  2) **Case unusual or complex**                                                T2
___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days   T3
___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,          T4
               or give reasonable time to prepare
               (Continuance re counsel)
___ 3161(I)  Time up to **withdrawal of guilty plea**                                         U
___ 3161(b)  **Grand jury indictment time extended** thirty (30) more days                    W

Date __4-3-08__                                              __CAB__
                                                           Judge's Initials